IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LABORERS INT'L. UNION, etc., et al. ) | |
| ) | |
| Plaintiffs ) | |
| ) | |
| v. ) | Civil Action No. 04-1531 GMS |
| ) | |
| SYRSTONE, INC. ) | |
| ) | |
| Defendant. ) | |

### ORDER

WHEREAS, on December 20, 2004, the plaintiffs filed a Complaint against the above-captioned defendant;

WHEREAS, on January 25, 2005, a return of service executed as to the defendant was filed with the court;

WHEREAS, on February 9, 2005, an Affidavit of Non-Residence and Receipt of Notice of Service by Syrstone, Inc. was filed pursuant to 10 Del. C. & 3104;

WHEREAS, the defendant's answer to the Complaint was due on February 14, 2004;

WHEREAS, the court's docket reflects no answer or other responsive pleading filed by the defendant;

IT IS HEREBY ORDERED that:

1. The defendant will answer or otherwise respond to the Complaint within five (5) days of the date of this Order.

Dated: June 2 1 , 2005



UNITED STATES DISTRICT JUDGE

FILED

JUN 2 1 2005

U.S. DISTRICT COURT
DISTRICT OF DELAWARE