IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LABORERS INTERNATIONAL UNION<br>OF NORTH AMERICA LOCAL 199,<br>et al. | :<br>:<br>: |
| Plaintiffs | : |
| v. | : Civil Action No. 04-1531 GMS |
| SYRSTONE, INC. | : |
| Defendant | : |

### ORDER TO SHOW CAUSE

WHEREAS, on December 20, 2004, a complaint was filed in the above-captioned case (D.I. 1);

WHEREAS, on January 25, 2005, a return of service was executed as to Syrstone, Inc. and an answer to the complaint was due on February 14, 2005 (D.I. 3);

WHEREAS, on June 21, 2005, an Order to answer the complaint was issued (D.I. 5);

WHEREAS, to date, the court's docket reflects no further contact with the court by the parties;

IT IS HEREBY ORDERED that:

1. The plaintiffs are directed to SHOW GOOD CAUSE, in writing, within thirty (30) days from the date of this Order, as to why the above-captioned case should not be dismissed for failure to prosecute.

    2. If the plaintiffs fail to show cause, in writing, within thirty (30) days, this case will be dismissed without prejudice, and without further notice, pursuant to District of Delaware Local Rule 41.1.

March __14__, 2007

_____
UNITED STATES DISTRICT JUDGE

FILED

MAR 1 5 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE