IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LABORERS WELFARE FUND OF DELAWARE LOCAL NO. 199, LABORERS OF DELAWARE LOCAL UNION NO. 199 PENSION PLAN, LOCAL 199 LABORERS INTERNATIONAL UNION OF NORTH AMERICA ANNUITY PLAN, LABORERS LOCAL 199 TRAINING AND APPRENTICESHIP FUND and LABORERS LOCAL 199 VACATION FUND (administered through the Laborers Welfare Fund of Delaware Local 199) c/o GEM Group 650 Naamans Road, Suite 303 Claymont, DE 19703 <br><br> and <br><br> LABORERS'-EMPLOYERS' COOPERATIVE EDUCATION TRUST FUNDS c/o Delaware Contractors Association P.O. Box 6520 Wilmington, DE 19804 <br><br> and <br><br> LABORERS INTERNATIONAL UNION OF NORTH AMERICA, LOCAL NO. 199 AFL-CIO 532 South Claymont Street Wilmington, DE 19801 <br><br> Plaintiffs <br><br> v. <br><br> SYRSTONE, INC.. 201 S. Main Street, Suite 206 Syracuse, NY 13212 <br> Defendant | CIVIL ACTION <br><br> NO. 04-CV-1531(GMS) |

**NOTICE OF DISMISSAL**

Plaintiff, Laborers Local 199, et. al., hereby dismisses this action without prejudice in accordance with Rule 41 of the Federal Rules for Civil Procedure.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

BY: _____
Timothy J. Snyder (No. 2408)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
Telephone: (302) 571-6645
Telefax: (302) 576-3336
Email: tsnyder@ycst.com

Of Counsel:
Jonathan Walters, Esquire
121 S. Broad Street, Suite 1100
Philadelphia, PA 19107
Telephone: (215) 875-3121
Telefax: (215) 790-0668
Email: jwalters@markowitzandrichman.com

Attorneys for Plaintiffs

Dated April 4, 2007

SO ORDERED this _____ day of _____, 2007.

_____
United States District Judge